# THE LAW OFFICES OF
# M.L. ZAGER, P.C.

| | |
|---|---|
| 461 Broadway - P.O. Box 948 | JACOB R. BILLIG, ESQ. (NY) |
| Monticello, New York 12701 | ROBERT B. HUNTER, ESQ. (NY) |
| (845) 794-3660; (845) 794-3919 (fax) | JOSEPH LOUGHLIN, ESQ. (NY) |
| New York City License #2046281-DCA | MICHAEL D. BAER, ESQ. (NY, NJ) |
| | MICHAEL L. ZAGER, ESQ. (RETIRED) |

November 5, 2021

> The request to adjourn the initial pretrial conference is GRANTED. The conference is hereby ADJOURNED to January 21, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 8 10 days before the conference. SO ORDERED.
>
> *Alison J. Nathan*
> 11/8/2021

Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: G & G Closed Circuit Events, LLC v. Batista et al
Our File # 2407789
Index#1:21-cv-07352-AJN

Dear Judge Nathan:

Our firm is counsel to the Plaintiff, G&G Closed Circuit Events, LLC regarding the above captioned action. An Initial Conference has been set for November 19, 2021 at 03:00 PM.

The corporate defendant was served September 8, 2021. The affidavit of service for the corporate defendant was filed September 15, 2021. Although the Summons and Complaint has been with the process server and attempts at service made, to date, we understand service of process has not been completed as to the individual defendant, Delvis Batista. The last day to serve the defendant is November 30, 2021.

This letter is to request an adjournment of the Initial Conference set for November 19, 2021 at 03:00 PM as well as the deadline to submit the proposed case management plan and joint letter in order to allow Plaintiff time to effectuate service upon Defendant, Delvis Batista.

Respectfully submitted.

Very truly yours,
M.L. ZAGER, P.C.

*Joseph P. Loughlin*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2021
```

JL/jm