```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G Closed Circuit Events, LLC,

                Plaintiff,

–v–

Delvis Batista et al.,

                Defendants.

21-cv-7352 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 21, 2022, Plaintiff filed a motion for default judgment. Dkt. No. 20. Pursuant to Rule 3(K) of this Court's Individual Rules and Local Civil Rules 55.2(c), Plaintiff was required to serve the motion for default judgment and supporting paperwork on Defendants and file an affidavit of service on the docket. As of the date of this Order, Plaintiff has not filed such an affidavit of service. Accordingly, the Court hereby ORDERS that Plaintiff file such an affidavit within two weeks of this Order.

    SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                    _____
                                        ALISON J. NATHAN
                                      United States District Judge