USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G Closed Circuit Events, LLC,

                            Plaintiff,

      -against-

Delvis Batista et al.,

                           Defendants.

1:21-cv-07352 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On February 15, 2022, Judge Nathan referred Plaintiff's motion for default judgment to the undersigned for disposition. (2/15/22 Order, ECF No. 26.) It is hereby Ordered that Defendants shall file any response to Plaintiff's motion no later than March 21, 2022.

The Court hereby notifies the parties that it may conduct the damages inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing on the issue of damages, such party must set forth in its submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

It is further Ordered that, no later than February 24, 2022, Plaintiff shall serve a copy of this Order on Defendants and file proof of service on the docket.

**SO ORDERED.**

Dated:        New York, New York
                 February 17, 2022

                                                     _____
                                                     STEWART D. AARON
                                                     United States Magistrate Judge