USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

G & G Closed Circuit Events, LLC,

                        Plaintiff,

-against-

Delvis Batista et al.,

                        Defendants.

**1:21-cv-07352 (AKH) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

      Upon review of the motion for default judgment (Pl.'s Not. of Mot., ECF No. 20) filed by Plaintiff G & G Closed Circuit Events, LLC ("Plaintiff") as to Defendants Delvis Batista, individually and d/b/a Bar 180 ("Batista") and Hudson Heights Bar & Grill Corp., an unknown business entity d/b/a Bar 180 ("Bar 180," together with Batista, collectively, "Defendants"), the Court is inclined to recommend granting default judgment as to both Defendants. However, Plaintiff has not included submissions relating to its request for interest, costs and attorneys' fees with its motion, but rather Plaintiff "request[ed] 30 days from the entry of judgment to submit its requests for interest, costs, and attorneys' fees." (*See* Pl.'s Not. of Mot. at PDF p. 3.)

      In order to avoid the Court having to issue two separate report and recommendations, it is hereby ORDERED that, no later than May 16, 2022, Plaintiff shall file its submissions relating to its requests for interest, costs and attorneys' fees, prior to the Court issuing its report and recommendation on Plaintiff's motion for default judgment.

**SO ORDERED.**

Dated: New York, New York
April 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge