**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,                          21 **CIVIL** 7352 (AKH)

     -against-                                 **JUDGMENT**

DELVIS BATISTA et al.,
                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 18, 2022, the Court has reviewed both the record and the R&R, and finding no clear error, the R&R is adopted. As Judge Aaron held, Plaintiff is awarded $10,000 in damages, consisting of $2,625.00 in statutory damages and $7,875.00 in enhanced damages; $836.20 in costs; and post-judgment interest at the rate prescribed in 18 U.S.C. § 1961(a). All damages are awarded against Batista and Bar 180, jointly and severally. Plaintiff's requests for pre-judgment interest and attorneys' fees are denied; accordingly, the case is closed.

**Dated:**  New York, New York
          May 19, 2022

                                               **RUBY J. KRAJICK**
                                                **Clerk of Court**
                    **BY:**     *K. Mango*
                                                  **Deputy Clerk**